# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| WESLEY E. BURTON, | ) Case No.1:14-cv-0583-GSA |
| | ) |
| Plaintiff, | ) **ORDER EXTENDING THE** |
| | ) **COURT'S CASE SCHEDULING** |
| v. | ) **ORDER** |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) (Doc. No. 15) |
| | ) |
| Defendant. | ) |
| | ) |

Based on the stipulation between the parties (Doc. No. 15), the Court grants an extension of time for Defendant to file her Answering Brief. Defendant shall file her Answering Brief on or before February 16, 2015. All other dates in the Court's Case Scheduling Order (Doc. No. 2-1) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **January 6, 2015**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE