BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| WESLEY E. BURTON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:14-cv-0583-EPG<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties, through their respective counsel, stipulate that Defendant shall have a 30-day extension of time to respond to Plaintiff's EAJA petition, making it

//

//

//

1

1  due on or by January 18, 2016.  This is Defendant's first request for an extension
2  of time to respond to the EAJA petition.  This extension is requested to allow
3  additional time for defense counsel to consider Plaintiff's request and to
4  accommodate vacation scheduling.

                                    Respectfully submitted,

Dated:  December 22, 2015       BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                         By:   /s/ *Donna W. Anderson*
                                  DONNA W. ANDERSON
                                  Special Assistant U.S. Attorney

                                    Attorneys for Defendant

Dated:  December 22, 2015

                       By:   /s/ Lawrence D. Rohlfing*
                                  LAWRENCE D. ROHLFING
                                  Attorney for Plaintiff Wesley Burton
                                  *(\*By email authorization on 12/22/15)*

## Order

Based on the above stipulation between the parties, Defendant may have an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than January 18, 2016. Plaintiff may file his reply brief no later than February 1, 2016.

IT IS SO ORDERED.

Dated: **December 23, 2015**              /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE